### 53376. BARFIELD v. THE STATE.

MARSHALL, Judge.

The appellant has filed no brief and no enumeration of error and has not responded to an order of this court requiring such a filing. The appeal is therefore dismissed under Rule 14 (a) of the Court of Appeals. *Hyde v. State,* 137 Ga. App. 400 (224 SE2d 75). Furthermore, we have reviewed the record in full and find no error. *Carter v. State of Ga.,* 129 Ga. App. 536 (199 SE2d 925); *DeKrasner v. Boykin,* 54 Ga. App. 29, 38 (186 SE 701).

*Appeal dismissed. Deen, P. J., and Webb, J., concur.*

SUBMITTED FEBRUARY 15, 1977 — DECIDED FEBRUARY 25, 1977.

*Stephen J. Olah,* for appellant.
*George W. Darden, District Attorney,* for appellee.